# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| | (For **Revocation** of Probation or Supervised Release) |
| V. | (For Offenses Committed On or After November 1, 1987) |
| ARNOLD LYNN DOWELL | Case Number: 5:89CR38-1-V |
| | USM Number: 07943-058 |
| | Emily Marroquin |
| | Defendant's Attorney |

**THE DEFENDANT:**

| X | admitted guilt to violation of condition(s) 3 & 4 of the term of supervision. |
|---|---|
| __ | Was found in violation of condition(s) count(s) _____ After denial of guilt. |
| X | denies guilt to violation of condition(s) 2 of the term of supervision. |
| X | Government dismisses violation of condition(s) 1 of the term of supervision. |

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| 2 | New law violation | 8/19/06 |
| 3 | Failure to report contact with law enforcement officer | 9/1/06 |
| 4 | Failure to report to probation officer as instructed | 9/1/06 |

The Defendant is sentenced as provided in pages 1 through 1 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984, <u>United States v. Booker</u>, 125 S.Ct. 738 (2005), and 18 U.S.C. § 3553(a).

| X | **The Court dismisses all violations and terminates supervised release since defendant did not receive an 851 notice that would have justified EIGHT (8) YEARS period of supervised release.** |
|---|---|

**IT IS ORDERED** that the Defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay monetary penalties, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence: 4/16/2007

Signed: May 2, 2007

Richard L. Voorhees
United States District Judge